PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WSBN 14195
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8979
Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| JACQUELINE NICHOLE FARNETTI,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | Case No.: **1:17-cv-00052-BAM**<br><br>STIPULATION AND ORDER TO EXTEND TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the time for Defendant to serve her response to appellant's letter brief on appellant be extended thirteen (13) days from August 5, 2017, until and including August 18, 2017. This is Defendant's first request for an extension of time. Counsel for the Defendant was out of the country at the time the response was due, and he inadvertently failed to take care of the matter prior to leaving.

Stip. & Order for Ext.; 1:17-cv-00052-BAM         1

Counsel apologizes to Plaintiff, Plaintiff's Counsel, and the Court for any inconvenience.

Dated: August 18, 2017      <u>*/s/ Brian C. Shapiro*</u>
BRIAN C. SHAPIRO,
(As authorized via by e-mail on August 18, 2017)

Attorney for Plaintiff

Dated: August 18, 2017      Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    <u>/s/ *Ben A. Porter*</u>
BEN A. PORTER
Special Assistant U.S. Attorney

Attorneys for Defendant

## Order

Pursuant to the stipulation of the parties, Defendant's request for an extension of time to serve a response to Plaintiff's letter brief is HEREBY EXTENDED nunc pro tunc to August 18, 2017. Defense counsel is cautioned that an inadvertent failure to meet case deadlines generally does not establish good cause for an extension of time. The parties are advised that no further extensions

of time shall be granted in this action absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: __August 21, 2017__      _____/s/ Barbara A. McAuliffe___
                                        UNITED STATES MAGISTRATE JUDGE